**JOHN F. McGRORY, JR, OSB #813115**
johnmcgrory@dwt.com
**DEREK D. GREEN, OSB #042960**
derekgreen@dwt.com
**SARAH M. VILLANUEVA, OSB #093412**
sarahvillanueva@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Tel:  503-241-2300 / Fax: 503-778-5299

Of Attorneys for Plaintiffs
Canterbury Park Capital L.P. and
Canterbury Park Capital (U.S.) L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CANTERBURY PARK CAPITAL L.P.,** a Canadian limited partnership; and **CANTERBURY PARK CAPITAL (U.S.) L.P.,** a Canadian limited partnership,<br><br>**Plaintiffs**,<br>v.<br><br>**JOSEPH V.R. MICALLEF**, an individual; **RICO MICALLEF**, an individual; **VINCENT A. MICALLEF**, an individual, and **ALLEGRO CORPORATION**, an Oregon corporation,<br><br>**Defendants**. | Case No. 3:12-cv-01021-HZ<br><br>STIPULATION AND ORDER OF AWARD OF PLAINTIFFS' ATTORNEYS' FEES |

On May 18, 2012, Canterbury Park L.P. and Canterbury Park Capital (U.S.) L.P. (collectively "plaintiffs") filed suit against Joseph V.R. Micallef, Rico Micallef, Vincent Micallef, and Allegro Corporation (collectively "defendants") in the Circuit Court of the State of Oregon for the County of Multnomah, Case No. 1205-06333.  Defendants filed a Notice of

Page 1 – STIPULATION AND  ORDER RE ATTORNEY FEES

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DWT 20779887v1 0086269-000002

Removal on June 7, 2012, pursuant to 28 U.S.C. §§ 1441 and 1446.  Plaintiffs then filed a Motion to Remand on June 29, 2012 pursuant to 28 U.S.C. § 1447(c), arguing that removal was improper under 28 U.S.C. § 1441(b)(2) because defendants were citizens of the forum state.  The Court granted plaintiffs' motion to remand in its Opinion and Order of October 25, 2012, and also held that plaintiffs were entitled to an award of attorneys' fees incurred in the preparation of its motion to remand.  Plaintiffs submitted its Motion for Attorneys' Fees on November 8, 2012.  After conferral, the parties now stipulate as to the award for attorneys' fees.

IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs and defendants, that plaintiffs may be awarded attorneys' fees in the amount of $12,000.

SO STIPULATED this 7th day of December, 2012.

| /S/  DEREK D. GREEN | /S/ Kathryn Salyer (via authorization) |
|---|---|
| John F. McGrory, Jr., OSB #813115 | Kathryn P. Salyer, OSB #883017 |
| johnmcgrory@dwt.com | ksalyer@tsbnwlaw.com |
| Derek D. Green, OSB #042960 | Tomasi Salyer Baroway |
| derekgreen@dwt.com | 121 SW Morrison Street, Suite 450 |
| Sarah M. Villanueva, OSB #093412 | Portland, OR 97204-3136 |
| sarahvillanueva@dwt.com | Tel: 503-894-9900 |
| DAVIS WRIGHT TREMAINE LLP | Fax: 971-544-7236 |
| 1300 SW Fifth Avenue, Suite 2400 | |
| Portland, OR 97201 | Of Attorneys for Defendants |
| Tel:  503-241-2300 | Joseph V.R. Micallef, Vincent A. Micallef |
| Fax: 503-778-5299 | and Rico Micallef |
| | |
| Of Attorneys for Plaintiffs | |
| Canterbury Park Capital L.P., | /S/ Kimberley McGair (via authorization) |
| Canterbury Park Capital (U.S.) L.P. | Kimberley Hanks McGair, OSB #984205 |
| | kmcgair@fwwlaw.com |
| | Farleigh Wada Witt |
| | 121 SW Morrison Street, Suite 600 |
| | Portland, OR  97204-3136 |
| | Tel: 503-228-6044 |
| | Fax: 503-228-1741 |
| | |
| | Of Attorneys for Defendant |
| | Allegro Corporation |

Page 2 – STIPULATION AND ORDER RE ATTORNEY FEES

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DWT 20779887v1 0086269-000002

## ORDER

Based upon Plaintiffs' Motion for Award of Attorneys' Fees, and the stipulation of the parties,

IT IS HEREBY ORDERED that plaintiffs are awarded against defendants, jointly and severally, $12,000 in attorney fees.

DATED __Dec 10__, 2012.

_____
MARCO A. HERNANDEZ
US DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *S/ DEREK D. GREEN*
John F. McGrory, Jr., OSB #813115
johnmcgrory@dwt.com
Derek D. Green, OSB #042960
derekgreen@dwt.com
Sarah M. Villanueva, OSB #093412
sarahvillanueva@dwt.com
Telephone: 503-241-2300
Facsimile: 503-778-5299
Of Attorneys for Plaintiffs

Page 3 – STIPULATION AND ORDER RE ATTORNEY FEES

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DWT 20779887v1 0086269-000002